# United States Court of Appeals
## For the First Circuit

———————

No. 25-1817

GINO MARIO RECCHIA, III, individually and as owner of
Mass Armament, LLC, Inc.; MASS ARMAMENT, LLC, INC.,

Plaintiffs, Appellants,

v.

ANDREA JOY CAMPBELL, in the official capacity as Attorney General of the Commonwealth
of Massachusetts; GINA K. KWON in the official capacity as Secretary of the Executive Office
of Public Safety and Security of the Commonwealth of Massachusetts,

Defendants, Appellees,

and

MAURA HEALEY, in the individual capacity,
Defendant.

———————

**JUDGMENT**

Entered: July 21, 2026

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of the state defendants' motion to dismiss is affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Richard Cullin Chambers Jr., Vanessa Arslanian, Grace Gohlke